No. 81–6058.  MORRIS v. FAULKNER, SHERIFF OF TULSA COUNTY, OKLAHOMA, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–6060.  BETTS v. KEEBLER CO.  C. A. 6th Cir. Certiorari denied.

No. 81–6063.  COLLINS v. HOUSEWRIGHT.  C. A. 8th Cir. Certiorari denied.

No. 81–6065.  JAMES v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 81–6066.  NYMAN v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–6067.  McCOLPIN v. BARNES.  C. A. 10th Cir. Certiorari denied.

No. 81–6069.  MITCHELL v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 81–6071.  COGGINS v. AUSTIN, WARDEN, GEORGIA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 81–6091.  BOZEMAN v. PERINI.  C. A. 6th Cir.  Certiorari denied.

No. 81–6123.  CURRIER v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 81–6135.  HOOTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6165.  MERCADO v. GENERAL SERVICES ADMINISTRATION ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–6169.  HALE v. KANSAS ET AL.  C. A. 8th Cir. Certiorari denied.